919 A.2d 846

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
RAHEEM COLLINS, DEFENDANT–PETITIONER.

March 16, 2007.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter

is summarily remanded to the trial court for resentencing in light of *State v. Thomas,* 188 *N.J.* 137, 902 *A.*2d 1185 (2006).